**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Luis E. Rodriguez        JOINT DEBTOR: Evelyn Rodriguez         CASE NO.:_____
Last Four Digits of SS# XXX-XX-2287   Last Four Digits of SS# XXX-XX-1401

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,918.07   for months  1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650.00  TOTAL PAID $ 1,500
                    Balance Due $ 2,150   payable $ 430/month  (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____    Arrearage on Petition Date  $
Address:_____    Arrears Payment    $_____/month (Months ____ to ____)
         _____    Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                    Payable    $_____/month (Months ____ to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 1,296.26 /month (Months 1 to 5) and $ 1,726.27 /month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Bridgeport Vilas Association, Inc. Chrysler Capital, Hyundai Capital, Navy Federal Credit Union and Ocwen Loan Servicing, LLC.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Luis E. Rodriguez_____          /s/ Evelyn Rodriguez_____
Debtor                                                      Joint Debtor
Date: 1/26/2017                                      Date: 1/26/2017

LF-31 (rev. 01/08/10)