

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Mitsubishi Motors Credit of America

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | 0219307549 |
| **Lienholder** | Mitsubishi Motors Credit of America |
| **Lienholder Address** | P.O. Box 9940<br>Mobile, AL 366914 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | ML32A4HJ2FH009001 | **Issuance Date** | 4/16/2015 |
| **Title Number** | 0118524511 | **Received Date** | 4/21/2015 |
| **Title State** | FL | **ELT/Paper** | ELECTRONIC |
| **Year** | 2015 | **Odometer Reading** | |
| **Make** | MITS | **Branding** | |
| **Model** | | | |
| **Owner 1** | LUIS ERNESTO RODRIGUEZ | | |
| **Owner 2** | JACQUELYN MARIE GIBSON | | |
| **Owner Address** | 14357 SW 125 CT<br>MIAMI, FL 33186 | | |

**Printed:** Tuesday, February 14, 2017 8:46:34 AM PST