UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)
1st Amended Plan

DEBTOR: Luis E. Rodriguez        JOINT DEBTOR: Evelyn Rodriguez        CASE NO.: 17-10944-AJC
Last Four Digits of SS# XXX-XX-2287  Last Four Digits of SS# XXX-XX-1401

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 1,918.07  for months __1__ to _60_; in order to pay the following creditors:

**Administrative:**     Attorney's Fee - $ 3,650.00  TOTAL PAID $ 1,500
                        Balance Due $ 2,150  payable $ 430/month (Months 1 to 5)

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address: _____                    Arrears Payment     $_____/month (Months _____ to _____)
                                     Regular Payment     $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                Payable  $_____/month (Months ___ to ___) Regular Payment $_____

**Unsecured Creditors:** Pay $ 1,296.26 /month (Months 1 to 5) and $ 1,726.27 /month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors will continue to pay secured creditors Bridgeport Vilas Association, Inc. Chrysler Capital, Hyundai Capital, Navy Federal Credit Union, Mitsubishi Motors Credit of America, Inc. and Ocwen Loan Servicing, LLC directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor  _[signature]_                         Joint Debtor _[signature]_
Date: 3/3/17                                  Date: 3/3/17

LF-31 (rev. 01/08/10)